UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00501

**William A. Runnels,**
*Plaintiff,*

v.

**Domanita Craddock-Neal,**
*Defendant.*

## ORDER

Petitioner William A. Runnels, proceeding pro se, filed the above-styled petition for a writ of habeas corpus. Doc. 1. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 5.

On June 11, 2021, the magistrate judge entered a report recommending that the court deny the petition and dismiss this case with prejudice. Doc. 21. The magistrate judge further recommended that a certificate of appealability be denied sua sponte. *Id.* No objections were filed.

When there are no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The petition for writ of habeas corpus is denied, and this case is dismissed with prejudice. A certificate of appealability is denied sua sponte.

*So ordered by the court on July 8, 2021.*

J. CAMPBELL BARKER
United States District Judge